Mark T. Kearney (SBN 219707)
mkearney@mks-law.com
Jason K. Smith (SBN 277923)
jsmith@mks-law.com
MK Smith, APC
9891 Irvine Center Dr., Suite 200
Irvine, California 92618
Telephone:  (949) 299-2500
Facsimile:   (949) 408-1750

Attorneys for Plaintiff
VERDI LAW GROUP, P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—OAKLAND COURTHOUSE

| | |
|---|---|
| VERDI LAW GROUP, P.C., a California Professional Corporation,<br><br>Plaintiff,<br>vs.<br><br>SPARX ASSET MANAGEMENT CO., LTD.; BVL CAPITAL 2021 LTD; BNP PARIBAS, S.A.; STEPHEN CHARLES KEATING; LAWRENCE LYDELL ELTING; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 4-21:cv-09460-JST<br><br>**[PROPOSED] ORDER ON SECOND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES BY 60 DAYS**<br><br>Current CMC Date: 6/21/22<br>Proposed CMC Date: 8/23/22<br><br>Action Filed: 12/7/2021<br>Trial Date: TBD |

1

After considering the Second Joint Stipulation to Continue the Case Management Conference and Related Deadlines By 60 Days, and for good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Case Management Conference scheduled for June 21, 2022, is continued to August 23, 2022, at 2:00 PM, by videoconference.

2. All deadlines related to the Case Management Conference, including but not limited to, the submission of a joint case management statement under Rule 26(f) and the filing of an ADR Certification under ADR L.R. 3-5(b), shall correspond with the new Case Management Conference date.

IT IS SO ORDERED.

Dated: June 14, 2022

_____
HON. JON S. TIGAR
United States District Judge

2
[PROPOSED] ORDER ON SECOND JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES BY 60 DAYS